UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SINGHANIA, SANJAY & § | |
| SINGHANIA, SAPNA, § | |
|     Plaintiff, § | |
| v.  § | CASE NO. 3:11-CV-0348-B |
| § | |
| ERIC HOLDER, U.S. Attorney General, § | |
| JANET NAPOLITANO, Secretary, § | |
| U.S. Dept. of Homeland Security, § | |
| ALEJANDRO MAYORKAS, Director, § | |
| U.S. Citizenship and Immigration Services, § | |
| ROBERT M. COWAN, Director, § | |
| National Benefits Center, § | |
| U.S. Citizenship and Immigration Services, § | |
| and TRACY TARANGO, District Director, § | |
| Dallas District Office, U.S. Citizenship § | |
| and Immigration Services, § | |
|     Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendants' Motion to Dismiss is GRANTED. Plaintiffs' claims against Defendants are dismissed without prejudice.

SO ORDERED.

SIGNED this 31st day of October, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE